John W. Holcomb (Bar No. 172121)
john.holcomb@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
3403 Tenth Street, Suite 700
Riverside, CA  92501
Telephone:  951-781-9231
Facsimile:  949-760-9502

Craig S. Summers (Bar No. 108688)
craig.summers@kmob.com
Amy C. Chun (Bar No. 204052)
amy.chun@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone:  949-760-0404
Facsimile:  949-760-9502

Reza Mirzaie (Bar No. 246953)
reza.mirzaie@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1901 Avenue of the Stars, Suite 1500
Los Angeles, CA  90067
Telephone:  310-551-3450
Facsimile:  310-551-3458

Attorneys for Plaintiff and Counterdefendant
iRISE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| iRISE, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AXURE SOFTWARE SOLUTIONS, INC., a California corporation; and INTEGRATED ELECTRICAL SERVICES, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 08-CV-03601 SJO (JWJx)<br><br>**LIST OF PLAINTIFF iRISE OF PROPER NAMES, UNUSUAL OR SCIENTIFIIC TERMS, AND ANY OTHER UNCOMMON WORDS LIKELY TO BE USED AT TRIAL**<br><br>Pre-Trial Conf.: September 21, 2009<br>Trial Date:        September 29, 2009<br><br>Hon. S. James Otero |

The following is a list of correctly-spelled proper names, unusual terms, scientific terms, and uncommon terms to aid the court reporter pursuant to Judge Otero's Initial Standing Order filed on June 5, 2008.

A. **<u>Proper Names</u>**

1. iRise
2. Axure Software Solutions, Inc.
3. Paul Aldama
4. Peter Alexander
5. Leon Amdour
6. Mitch Bishop
7. Stephen Brickley
8. Lionel Etrillard
9. Larry Evans
10. Victor Hsu
11. Dominic Infante
12. Jeffrey Kardatzke
13. Stuart Larking
14. Douglass Locke
15. Russell W. Mangum, III
16. Maurice Martin
17. Brian Russell
18. David Shackleton
19. Martin Smith
20. Embark Corp.
21. Highmark
22. Kaplan, Inc.
23. NTT Data AgileNet LLC

B. <u>Other Terms</u>

1. annotations
2. immersive simulation
3. interactions
4. Microsoft Access
5. Microsoft Visio
6. Microsoft Visual Basic
7. primitives
8. requirements in context
9. widgets

                                              KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 22, 2009       By: *s/ John W. Holcomb*
                                            John W. Holcomb
                                            Craig S. Summers
                                            Amy C. Chun
                                            Reza Mirzaie
                                     Attorneys for Plaintiff and Counterdefendant iRISE

7768546
090409