John W. Holcomb (Bar No. 172121)
john.holcomb@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
3403 Tenth Street, Suite 700
Riverside, CA 92501
Telephone: 951-781-9231
Facsimile: 949-760-9502

Reza Mirzaie (Bar No. 246953)
reza.mirzaie@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1901 Avenue of the Stars, Suite 1500
Los Angeles, CA 90067
Telephone: 310-551-3450
Facsimile: 310-551-3458

Attorneys for Plaintiff and Counterdefendant
IRISE

Kai Tseng (Bar. No. 193756)
ktseng@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

James C Brooks (Bar. No. 129680)
jbrooks@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

Donald E. Daybell (Bar. No. 210961)
ddaybell@orrick.com
Mark J. Shean (Bar No. 217671)
mshean@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE, LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: 949-567-6700
Facsimile: 949-567-6710

Attorneys for Defendant and Counterclaimant
AXURE SOFTWARE SOLUTIONS, INC.

JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IRISE, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AXURE SOFTWARE SOLUTIONS, INC., a California corporation; and INTEGRATED ELECTRICAL SERVICES, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 08-CV-03601 SJO (JWJx)<br><br>**ORDER OF DISMISSAL OF ACTION, WITH PREJUDICE, PURSUANT TO RULE 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Hon. S. James Otero |

# ORDER

The Court, having reviewed the "Stipulation of Dismissal of Action, With Prejudice, Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure" filed by Plaintiff and Counterdefendant iRISE and Defendant and Counterclaimant AXURE SOFTWARE SOLUTIONS, INC., and good cause appearing therefor, hereby ORDERS as follows:

1. The above-captioned action, including all claims and counterclaims asserted therein, is hereby dismissed, with prejudice, pursuant to the Settlement Agreement between the parties, with each party to bear its own costs and fees.

2. This Court retains jurisdiction over this matter for the purpose of ensuring the parties' compliance with the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

September 29, 2009

Dated:_____

*S. James Otero*

UNITED STATES DISTRICT JUDGE

7866339
092809

-1-